UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SUSAN DAVIS,

          Plaintiff,

v.

COMMISSIONER of the SOCIAL SECURITY ADMINISTRATION,

          Defendant.

No. CV 05-125-PK

OPINION AND ORDER

**MOSMAN, J.,**

On June 8, 2006, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#13) in the above-captioned case recommending that the Commissioner's decision denying plaintiff's application for Disability Insurance Benefits (# ) be reversed and remanded under sentence four of 42 U.S.C. § 405(g). No objections have been filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

PAGE 1 - OPINION AND ORDER

Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R as my own opinion. The Commissioner's decision denying Ms. Davis' application for benefits is REVERSED and REMANDED under sentence four.

IT IS SO ORDERED.

DATED this  14th  day of July, 2006.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court