FILED'06 AUG 07 14:28USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security<br>    Defendant | Civil No. 05-125-BR  PK<br><br><br>ORDER FOR EAJA FEES |

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,000.00 and no expenses, shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $150.00 shall be awarded pursuant to 28 U.S.C. § 1920.

    DATED this 7th day of August, 2006.

                                               /s/ Michael W. Mosman<br>
                                             UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant