MERRILL SCHNEIDER, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorneys for Susan Davis, Plaintiff

FILED'08 JUN 16 16:38USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Susan Davis,
        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security,

        Defendant.

CV # 05-125-BR *PK*

ORDER

The court finds and orders an attorney fee of $7797.75 pursuant to 42 U.S.C. § 406(b).

This court previously awarded Equal Access to Justice Act fees of $6000.00 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $7797.75, Plaintiff's attorney will refund $6,000, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 16 day of June, 2008.

~~Anna Brown~~  MICHAEL W. MOSMAN
United States District Judge